☐ **ORIGINAL**

FILED

08 JUL -8 PM 2: 30

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

BY:                              DEPUTY

1   KAREN P. HEWITT
    United States Attorney
2   MARY C. LUNDBERG
    Assistant U. S. Attorney
3   California State Bar No. 120630
    Office of U.S. Attorney
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101-8893
    Telephone: (619) 557-7466/(619) 557-5401(Fax)
6   Email:Mary.Lundberg@usdoj.gov

7   Attorneys for Plaintiff
    United States of America
8
                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,        )    Civil No. '08 CV 1221
11                                    )
                  Plaintiff,          )
12         v.                         )    STATEMENT AND CONFESSION
                                      )    OF JUDGMENT
13   GLENMORE W. WAGNER,              )
                                      )
14                Defendant.          )
                                      )
15  ─────────────────────────────────
16       State of California    )
                                ) ss.
         County of San Diego    )
17
         I am a resident of the County of San Diego, State of California, and have confessed judgment
18
    to the United States of America as follows:
19
         Principal                         $3,717.92
20       Interest at the rate of 8.25%     $2,192.44
            percent per annum from 12/16/01
21
         TOTAL                             $5,910.36
22
         This sum is justly due to the United States of America and arises from a loan insured by the
23
    Department of Education.
24
         I empower the U. S. Attorney or any Assistant U. S. Attorney to appear for me and to enter
25
    judgment against me right now in the above amount. The debt will bear interest after judgment at the
26
    current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C.
27
    1961(b).
28
    MCL:2008A52972/CIVP_44

1    I have been told that I have the right to consult with an attorney before signing this document,

2 but I knowingly and freely waive that opportunity and choose to sign this document without consulting

3 with an attorney or seeking the prior assistance of any attorney or other advisor.

4    I acknowledge that by signing this document, I may be waiving rights and defenses I might

5 otherwise interpose regarding this debt. I waive the right to have a complaint upon this obligation filed

6 against me in federal district court; the issuance of and service of process upon me of such a complaint;

7 any venue requirements in such suit; the right to obtain discovery from the government as to the

8 evidence of its claim; the right to a jury or court trial at which I could raise any objections or defenses

9 to the governments's claim; the right to require the government to prove its claim by preponderance of

10 the evidence; and the right to appeal any adverse decision by a court or jury to the court of appeals. I

11 understand that my signature allows the government to enter a judgment against me right now; that the

12 government will record an abstract of judgment with the County Recorder; and that the judgment may

13 appear on my credit record.

14 I also understand that if I fail to pay upon this judgment to be entered against me, my salary may be

15 garnished, or my real or personal property seized.

16

17                                 GLENMORE W. WAGNER

18

19 STATE OF CALIFORNIA
COUNTY OF SAN DIEGO   )

20 On July 1, 2008 before me, Joann Blas, a Notary Public in and for said County and State, personally
appeared    Glenmore W. Wagner, who proved to me on the basis of satisfactory evidence to be the
21 person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
22 signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

23

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
24 paragraph is true and correct.

25 WITNESS my hand and official seal

26

SIGNATURE _____

27

28



JOANN BLAS
COMM. # 1532180
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
COMM. EXP. DEC. 5, 2008

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

☐ ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the users of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Glenmore W. Wagner  08 CV 1221  08 JUL -8 PH 2:30 |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF | San Diego, CA | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) | San Diego, CA |
|---|---|---|---|

| (c) ATTORNEYS (Firm name, Address, and Telephone Number) | ATTORNEYS (IF KNOWN) |
|---|---|
| Karen P. Hewitt, U.S. Attorney<br>Mary C. Lundberg, Assistant U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>(619) 557-7157 | (See Attachment)  BY:  DEPUTY |

## II. BASIS OF JURIDICTION (PLACE AN x IN ONE BOX ONLY)

[x] 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP FOR PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Case Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated of Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury Medical Malpractice | ☐ 520 Other Food Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyright | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment Enforcement of Judgment | ☐ 330 Federal Employer's Liability | ☐ 640 RR and Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regulations | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organization |
| [x] 152 Recovery of Default Student Loans (Exclude Veterans) | ☐ 340 Marine  ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 345 Marine Product Liability  ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability  ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standard Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agriculture Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting and Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environment Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDEFAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Erectment | ☐ 443 Housing/Accommodations  ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare  ☐ 540 Mandamus and Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Right  ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Action |
| ☐ 290 All Other Real Property | | | | |

## V. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUES UNLESS DIVERSITY)

42 U.S.C. § 294 et seq. on Defaulted Student Loan.

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

[x] 1. Original Proceeding  ☐ 2. Removal from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstate or Reopened  ☐ 5. Transferred from another district (specify)  ☐ 6. Multi-district Litigation  ☐ 7. Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $5,910.36 | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES [x] NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions) JUDGE _____ Docket Number _____

| DATE 7/7/08 | SIGNATURE OF ATTORNEY OF RECORD  Mary C. Lundberg, Asst. U.S. Attorney |
|---|---|