| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MARY C. LUNDBERG<br>Assistant U. S. Attorney |
| 3 | California State Bar No. 120630<br>Office of U.S. Attorney |
| 4 | Federal Office Building<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone: (619) 557-7466/(619) 557-5401(Fax) |
| 6 | Email:Mary.Lundberg@usdoj.gov |
| 7 | Attorneys for Plaintiff<br>United States of America |

FILED
08 JUL -8 PM 2:30
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA.

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. 08-CV-1221 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| GLENMORE W. WAGNER, | ) | |
| Defendant. | ) | |

In accordance with the Statement and Confession of Judgment signed by the defendant and filed concurrently,

IT IS ORDERED that the plaintiff recover from the defendant the sum of $5,910.36.

Judgment is to accrue interest at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

DATED: 7/8/08

W. SAMUEL HAMRICK, JR.
Clerk, U. S. District Court

By _____
Deputy