1

2          FILED
           UNITED STATES DISTRICT COURT
3          2008 JUL 10   AM 11: 03
           SOUTHERN DISTRICT OF CALIFORNIA
4          CLERK US DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                    Civil No. 08CV1221
5                                    )
                          Plaintiff,  )      BY ____
6          v.                         )      P R A E C I P E
                                      )
7    GLENMORE W. WAGNER,              )
                          Defendant.  )
8    _____ )

9

TO THE CLERK:
10
           Please issue an Abstract of Judgment.
11

12
                                    Joann Bias
13                                  Legal Assistant
                                    Ext. 7466
14

Date issued:
15
           JUL 1 0 2008
16

17

18

19

20
CRIM_36
21

22

23

24

25

26

27

28